ROYAL F. OAKES (SBN 080480)
roakes@mail.hinshawlaw.com
JAMES C. CASTLE (SBN 235551)
jcastle@hinshawlaw.com
Hinshaw & Culbertson LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
Telephone: 213-680-2800
Facsimile: 213-614-7399

Attorneys for Defendant
Metropolitan Life Insurance Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KRESICH,<br><br>    Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, DOES 1-50,<br><br>    Defendant. | Case No. 17-cv-00284-MEJ<br>(Honorable Maria-Elena James)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER THEREON**<br><br>Complaint Filed: 7/13/15 |

# **STIPULATION**

IT IS HEREBY STIPULATED by and between Defendant Metropolitan Life Insurance Company ("MetLife") and Plaintiff John Kresich ("Plaintiff") and through their respective counsel, that the above-referenced action be, and is hereby, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party to bear their own fees and costs.

DATED: April 25, 2018                    RAY BOURHIS ASSOCIATES

                                         By: */s/Eric Whitehead*
                                             Ray Bourhis
                                             Eric Whitehead
                                             Attorneys for Plaintiff John Kresich

DATED: April 25, 2018                    HINSHAW & CULBERTSON LLP

                                         By: */s/ James C. Castle*
                                             Royal F. Oakes
                                             Michael A.S. Newman
                                             James C. Castle
                                             Attorneys for Defendant
                                             Metropolitan Life Insurance Company

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

**[PROPOSED] ORDER**

Having reviewed the parties' stipulation, the case is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Date April 26, 2018 _____
MARIA-ELENA JAMES
United States Magistrate Judge

1

301766302v1 0977346